# EXHIBIT

# "A-1"

INVOICE

FLAG

2550 South Bayshore Drive, Suite 104
Cocunut Grove, Florida 33133
T 305.424.9069

| | |
|---|---|
| INVOICE NUMBER | 111013 - 212 |
| INVOICE DATE | Noviembre 10, 2013 |

**SOLD TO:**
Faeton Yachts, S.L
NIF: B-84350206
Ctra. Paulenca ALP-111, Km. 1,4 - 04560 GADOR (Almería) ESPAÑA
Tel. +(34) 950 64 60 50 - Fax +(34) 950 64 60 55 -
E-mail:faeton@faeton.es

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| **IMPUESTOS US CUSTOM** | | |
| US Custom Faeton 26 Formentera | | $ 4,597.17 |
| US Custom Faeton 38 | | $6,476.38 |
| | Sub Total | $11,073.55 |
| | Balance | $11,073.55 |

**DIRECT ALL INQUIRIES TO:**
Dailin Barca
305.424.9069
e-mail:dailin@flagshipmarinagroup.com

*THANK YOU FOR YOUR BUSINESS!*

*E38 (Fedraw)*

# Howard S. Reeder, Inc.

FMC Lic. No. 1630

Phone: (305) 371-8431
Fax:    (305) 381-6795

Custom House Brokers • Foreign Freight Forwarders • Insurance Agents • IATA Agents

P.O. Box 010389, Miami, Florida 33101

| INVOICE NO. | INVOICE DATE | ENTRY/REFERENCE NO. |
|---|---|---|
| 496219 | 10/14/13 | ESTMS38011F313 |

TO

Attn: RAFAEL BARCA
FLAGSHIP MARINE GROUP LLC
7920 SW 63RD TERRACE
MIAMI, FL 33143

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| CUSTOMS ENTRY FEE | 250.00 |
| IMPORTER SECURITY FILING | 35.00 |
| CUSTOMS DUTY SUB TO LIQ. | 6191.38 |

| PCS | WEIGHT | DESCRIPTION |
|---|---|---|
| 1 | 9000KG | M/Y ESTMS38011F313 |

PAETON

SPAIN — FLAGSHIP

406   0496219-7   10/17/13

1309
FLINTERMAR   10/17/13

MAR13101307

YACHT

| | TOTAL AMOUNT | 6476.38 |

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME
AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.
If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "Customs and Border Protection" which shall be delivered to Customs by the broker.

Paperless                                                                                CST:  474    Form Approved OMB No. 1651-0022

| DEPARTMENT OF HOMELAND SECURITY U.S. Customs and Border Protection **ENTRY SUMMARY** | 1. Filer Code/Entry No. 406  0496219-7 | 2. Entry Type 01 ABI/A | 3. Summary Date 10/29/2013 |
|---|---|---|---|
| | 4. Surety No.  5. Bond Type 035       8 | 6. Port Code 5204 | 7. Entry Date 10/17/2013 |

| 8. Importing Carrier   1309 FLINTERMAR        FLKS   10 | 9. Mode of Transport | 10. Country of Origin ES | 11. Import Date 10/17/2013 |
|---|---|---|---|
| 12. B/L or AWB No. FLKSMAR13101307 | 13. Manufacturer ID ESFAEYACALM | 14. Exporting Country ES | 15. Export Date 10/01/2013 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 47057 | 20. U.S. Port of Unlading 5204 |
| 21. Location of Goods / G.O. No. M914 BIRDSALL INC | 22. Consignee No. 45-253237500 | 23. Importer No. 45-253237500 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address    FLAGSHIP FLAGSHIP MARINE GROUP LLC 7920 SW 63RD TERRACE |
|---|---|

Dest: FL

| City | State | Zip | City MIAMI | State FL | Zip 33143 |
|---|---|---|---|---|---|

| 27. Line No. | 28. Description of Merchandise 29. A. HTSUS No. B. ADA/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars     Cents |
|---|---|---|---|---|---|---|
| | M FLKSMAR13101307 M/Y ESTMS38011F313 1 BOAT Invoice Number - 1 ESTMS38011F313 | | | 1  BOAT | | |
| 001 | MTRBT:NOT/INBRD/OUTDR;>8M, 8903.92.0065 | 9000 | 1 NO | NOT-RELATED 351162 C 5000 | 1.50% | 5267.43 |
| | Merchandise Processing Fee | | | | .3464% | 1216.43 |
| | I.V.    259466.40  EUR @   1.353400 USD    351161.83 E.V.    351161.83  As    351162 | | | | | |
| | Harbor Maintenance | | | | .125% | 438.95 |

| Other Fee Summary for Block 39 501 Harbor      438.95 499 M.P.F.      485.00 | 35. Total Entered Value $        351162 | **CBP USE ONLY** | | TOTALS |
|---|---|---|---|---|
| | Total Other Fees $        923.95 | A. LIQ CODE | B. Ascertained Duty | 37. Duty 5267.43 |
| | | REASON CODE | C. Ascertained Tax | 38. Tax 0.00 |
| | | | 39. Ascertained Other | 39. Other 923.95 |
| | | | E. Ascertained Total | 40. Total 6191.38 |

36. DECLARATION OF IMPORTER OF RECORD
(OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the [X]  Importer of record and that the actual owner,
purchaser, or consignee for customs purposes is as shown above,  OR [ ] owner
or purchaser or agent thereof. I further declare that the merchandise  [X]  was obtained pursuant to a purchase or agreement to purchase and that the
prices set forth in the invoices are true,  OR [ ]  was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as
to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best
of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all
goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. SIGNATURE OF DECLARANT, TITLE HOWARD S. REEDER, INC. Attorney-In-Fact | SIGNATURE Howard S. Reeder Inc | DATE 10/14/2013 |
|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) HOWARD S. REEDER, INC. 2200 S. DIXIE HWY SUITE #504 Miami FL 33133  305-371-8431 | 43. Broker/Importer File No. 0001    496219  18 | |

CBP Form 7501 (06/09)

Produced by Kewill Inc.                          ** Last Page **

# EXHIBIT

# "A-2"

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 109 |
| Invoice Date: | December 2, 2013 |

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
         Coconut Grove, Fl 33133
Phone:
E-mail:
Fax:

Featon 38'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| November 2013--- Two visits per week | | $ | 250.00 |
| Four boat washes | | | |
| Four cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 250.00 |
| | PAID | |
| TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 112 |
| Invoice Date: | January 6, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
Coconut Grove, Fl 33133
Phone:
E-mail:
Fax:

Featon 38'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| December 2013--- Two visits per week | | $ | 250.00 |
| Four boat washes | | | |
| Four cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 250.00 |
| | PAID | |
| TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 120 |
| Invoice Date: | February 4, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
Coconut Grove, Fl 33133

Phone:
E-mail:
Fax:

Featom 38'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| December 2013--- Two visits per week | | $ | 250.00 |
| JaN 2014 Four boat washes | | | |
| Four cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Invoice Subtotal | $ 250.00 |
| | | TOTAL | $ 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 133 |
| Invoice Date: | March 4, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786---468---0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
           Coconut Grove, Fl 33133

Phone:
E---mail:
Fax:

Faeton 38'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| February 2014--- Two visits per week | | $ | 250.00 |
| Four boat washes | | | |
| Four Cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 250.00 |
| TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

| | |
|---|---|
| Invoice No. | 142 |
| Invoice Date: | April 7, 2014 |

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
　　　　　Coconut Grove, Fl 33133
Phone:
E-mail:
Fax:

**Featon 38'**

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| March 2014  ---  Two visits per week | | $ | 250.00 |
| Four boat washes | | | |
| Four cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |
| | | | |
| | | Invoice Subtotal | $ 250.00 |
| | | **TOTAL** | $ 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 145 |
| Invoice Date: | May 1, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
          Coconut Grove, Fl 33133
Phone:
E-mail:
Fax:

Featon 38'

| Description | | Column1 | Cost Per Unit | Amount |
|---|---|---|---|---|
| April 2014 | ··· Two visits per week | | $ | 250.00 |
| | Four boat washes | | | |
| | Four cleaning the metals | | | |
| | Four check all the systems and strainers | | | |
| | Four checks engines, fluids and start | | | |
| | Bottom cleaning | | | |
| April 27th | Sea Trial | | $ | 250.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Invoice Subtotal | | $ | 500.00 |
| | | | | 25000 |
| | TOTAL | | $ | 500.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 152 |
| Invoice Date: | June 4, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786---468---0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
Coconut Grove, Fl 33133
Phone:
E---mail:
Fax:

**Faeton 38'**

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| May 2014 -------- Two visits per week | | $ | 250.00 |
| Four boat washes | | | |
| Four Cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 250.00 |
| **TOTAL** | $ | 250.00 |

*Make all checks payable to Blue Coast Marine Services, Corp.*

Thank you for your business!

# EXHIBIT

# "A-3"

# INVOICE



**FLAGSHIP**
MARINE GROUP
2550 South Bayshore Drive, Suite 104
Cocunut Grove, Florida 33133
T 305.424.9069

| | |
|---|---|
| INVOICE NUMBER | 111013 - 211 |
| INVOICE DATE | Noviembre 10, 2013 |

SOLD TO:
Faeton Yachts, S.L
NIF: B-84350206
Ctra. Paulenca ALP-111, Km. 1,4 - 04560 GADOR (Almería) ESPAÑA
Tel. +(34) 950 64 60 50 - Fax +(34) 950 64 60 55 -
E-mail:faeton@faeton.es

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| Reparaciones en garantía de Faeton 380 y Formentera 36 | | |
| Conectores a tierra para Faeton (West Marine) | | $524.26 |
| Cables, fundas y conectores al barco para los 2 Faeton (Wards Marine Electric) | | $1,190.90 |
| Trabajo de imprimación y pintura de fondo + sistema Propspeed F 380 y varadero | *Blue Coast Services Corp* | $4,177.00 |
| | Sub Total | $5,892.16 |
| | Balance | $5,892.16 |

DIRECT ALL INQUIRIES TO:
Dailin Barca
305.424.9069
  e-mail: dailin@flagshipmarinegroup.com

*THANK YOU FOR YOUR BUSINESS!*

# EXHIBIT

# "A-4"



## *Hurricane Cove*
### MARINA & BOATYARD
1884 NW North River Dr.
Miami, Fl 33125
Office: 305.XXX.X004

**PAID**
03/12/2014

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/4/2014 | 5185 |
| Terms | Due Date |
| Due on receipt | 3/4/2014 |

**Bill To**
FlagShip Marine Group LLC
2550 S Bay Shore DR Ste 207A
Coconut Grove
FL-33133

| | Size Type/Haul | Boat Name | Dock / Splash |
|---|---|---|---|
| | 38' Faeton | | 03/04/14 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 38' Vessel Haul - In/Out | 1 | 423.00 | 423.00T |
| Pressure Cleaning of 38' Vessel | 1 | 81.00 | 81.00T |
| Environmental Fee | 1 | 55.00 | 55.00T |
| Layday: First 7 Days (1 -7) for 38' Vessel: 03/04/10 – 03/10/14 | 7 | 49.00 | 343.00T |
| Layday: After 7 Days for 38' Vessel | 1 | 57.00 | 57.00T |

| | |
|---|---|
| Subtotal | $959.00 |
| Sales Tax (7.0%) | $67.13 |
| Total | $1,026.13 |
| Payments/Credits | -$1,026.13 |
| Balance Due | $0.00 |

# EXHIBIT

# "A-5"

Invoice

Page:   1



MARINE ELECTRIC

617 S.W. 3rd AVENUE • FT. LAUDERDALE, FL 33315-1003
PHONE: (954) 523-2815 • TOLL FREE: 800-535-9273
BUSINESS FAX: (954) 523-1967 • ORDERS FAX: 800-297-3240
www.wardsmarine.com

INVOICE NO:    0423654-IN

INVOICE DATE:    10/21/2013

SALES ORDER No: 0241068

CUSTOMER NO:    0020321

SALESPERSON:    ES   es

**Sold To:**

FLAGSHIP
2550 SOUTH BAYSHORE DRIVE
SUITE 104
COCONUT GROVE, FL  33133

**Ship To:**

FLAGSHIP
2550 SOUTH BAYSHORE DRIVE
SUITE 104
COCONUT GROVE, FL  33133

Phone: 305-424-9069
Fax: CELL 786-269-5746

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 38 python | MITCH | | NET 10 DAYS |

| ITEM NO. | UNIT | ORDERED | SHIPPED | RETAIL | NET COST | TOTAL |
|---|---|---|---|---|---|---|
| 10-3STOW | EACH | 50.00 | 50.00 | 2.98 | 1.639 | 81.95 |
| 10 AWG 3 COND PORTABLE CABLE | | | | | | |
| HBL63CM64 | EACH | 1.00 | 1.00 | 146.60 | 80.630 | 80.63 |
| 50A 125/250V T/L CONNECTOR | | | | | | |
| HBL77CM15 | EACH | 1.00 | 1.00 | 48.00 | 26.400 | 26.40 |
| 50A BOOT W/RING | | | | | | |
| HBL77CM16 | EACH | 1.00 | 1.00 | 30.08 | 16.541 | 16.54 |
| PLUG COVER FOR 63CM65 OR 63CM6 | | | | | | |
| HBL504NM | EACH | 1.00 | 1.00 | 153.33 | 84.329 | 84.33 |
| 50a 125/250v NON-METALLIC HULL | | | | | | |

0.00

Net Invoice:    289.85
Freight:      0.00
Sales Tax:     20.29

Invoice Total:    310.14

Authorized Signature: _____

TERMS AND CONDITIONS OF SALE ON REVERSE SIDE

Printed: 3:53:55PM

CUSTOMER COPY

EXHIBIT

"A-6"



732 NW 135 ST
N Miami, FL 33168
305 866 6636
info@miamimarinesolution.com
www.miamimarinesolution.com

There's nothing on your boat we can't fix!

# INVOICE

| Date: | 10/22/13 |
|---|---|
| For | |

Astondoa
2550 South Bayshore Drive
Coconut Grove      FL
786 269 5746                     33133
rafael@flagshipmarinegroup.com

| Customer # | 9 |
|---|---|
| Account Sumary | |
| Previous Balance: $ | -- |
| Adjustments: | |
| Total Due: $ | 360.00 |

| Invoice # | Rate |
|---|---|
| 96 | 80 |

| Services | Hours | Cost |
|---|---|---|
| Installation of 50 amp shore power cable and receptacles Faeton 38' | 4.5 | $            360.00 |
| | | $ |

| Parts & Materials | Cost |
|---|---|
| | |

| Services: | |
|---|---|
| Parts: | |
| Subtotal: | |
| Tax: | |
| Other: | |
| Total: | |

| Warranty |
|---|
| No |

Make all checks payable to Miami Marine Solution. This invoice is due within 10 days from the issued date

# EXHIBIT

# "A-7"

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| | Invoice No.  132 |
| | Invoice Date:  March 13, 2014 |
| 17331 SW 150TH CT | |
| Miami, Fl 33187 | Bill To: Flagship Marine Group |
| 786-468-0703 | Address: 2550 South Bayshore Dr |
| | Coconut Grove, Fl 33133 |
| bluecoastmarineservices@yahoo.com | Phone: |
| | E-mail: |
| | Fax: |

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| Mar 6th  –Featon 38' Delivery from Monty's to Hurricane Cove Marina | | $ | 250.00 |
| Mar 13th - Featon 38' Pick up from Hurricane Cove Marina, Sea Trial with Mechanic and Delivery to Monty's | | $ | 250.00 |
| | | Invoice Subtotal  $ | 500.00 |
| | | TOTAL  $ | 500.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# EXHIBIT

# "A-8"



# INVOICE

**FLAGSHIP**
**MARINE GROUP**

2550 South Bayshore Drive, Suite 104
Cocunut Grove, Florida 33133

305.424.9069

INVOICE NUMBER | 236
INVOICE DATE | April 30,2014

**SOLD TO:**
Astilleros Astondoa
CIF: A-03133659
Muelle de Poniente s/n
03130 Santa Pola (Alicante) Sapin
Telefono: +34 96 541 37 02 Fax: +34 96 541 52 63
astondoa@astondoa.es

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| | | 100% |
| Faeton 36' dockage - October 2013 - April 2014 | $7,995.79 | $7,995.79 |
| Faeton 38' dockage - October 2013 - April 2014 | $8,820.02 | $8,820.02 |
| | | 50% |
| Astondoa 52 Fly - October 2013 - April 2014 | $12,763.03 | $6,381.52 |
| Astondoa 72' GLX - October - April 2014 | $14,531.96 | $7,265.98 |
| Total | | $30,463.81 |
| Balance | | $30,463.81 |

**DIRECT ALL INQUIRIES TO:**
Dailin Barca
305.424.9069
e-mail: dailin@flagshipmarinegroup.com

*THANK YOU FOR YOUR BUSINESS!*