# EXHIBIT

# "B-1"

**INVOICE**



**FLAGSHIP**
MARINE GROUP
2550 South Bayshore Drive, Suite 104
Cocunut Grove, Florida 33133
T 305.424.9069

| INVOICE NUMBER | 111013 - 212 |
| INVOICE DATE | Noviembre 10, 2013 |

**SOLD TO:**
Faeton Yachts, S.L
NIF: B-84350206
Ctra. Paulenca ALP-111, Km. 1,4 - 04560 GADOR (Almería) ESPAÑA
Tel. +(34) 950 64 60 50 - Fax +(34) 950 64 60 55 -
E-mail:faeton@faeton.es

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| **IMPUESTOS US CUSTOM** | | |
| US Custom Faeton 36 Formentera | | $ 4,597.17 |
| US Custom Faeton 38 | | $6,476.38 |
| | Sub Total | $11,073.55 |
| | Balance | $11,073.55 |

**DIRECT ALL INQUIRIES TO:**
Dailin Barca
305.424.9069
  e-mail: dailin@flagshipmarinegroup.com

*THANK YOU FOR YOUR BUSINESS!*

# Howard S. Reeder, Inc.

FMC Lic. No. 1630

Phone: (305) 371-8431
Fax:   (305) 381-6795

Custom House Brokers  •  Foreign Freight Forwarders  •  Insurance Agents  •  IATA Agents

P.O. Box 010389, Miami, Florida 33101

| INVOICE NO. | INVOICE DATE | OUR REFERENCE NO. |
|---|---|---|
| 496222 | 10/14/13 | TMSF3603C313 |

TO

Attn: RAFAEL BARCA
FLAGSHIP MARINE GROUP LLC
7920 SW 63RD TERRACE
MIAMI, FL 33143

FAETON 36' FORMENTERA

| DESCRIPTION / CHARGES | AMOUNT |
|---|---|
| CUSTOMS ENTRY FEE | 250.00 |
| CUSTOMS DUTY SUB TO LIQ | 4347.17 |

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| 1 | 6000KG | M/Y ES-TMSF3603C313 |

SHIPPER/CONSIGNEE

FAETON

PORT OF DESTINATION / CUSTOMER BROKER
| SPAIN | FLAGSHIP |

ENTRY NO. / ENTRY DATE
| 406 | 0496222-1 | 10/17/13 |

VESSEL / FLIGHT / ARRIVAL DATE
| 1309 | |
| FLINTERMAR | 10/17/13 |

AWB / BL NO. / NAME
| MAR13101307 | |

YACHT

TOTAL AMOUNT → 4597.17

IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.
If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to "Customs - Border Protection" which shall be delivered to Customs by the broker.

Paperless

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**ENTRY SUMMARY**

CST: 474

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| 406  0496222-1 | 01 ABI/A | 10/29/2013 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 035 | 8 | 5204 | 10/17/2013 |

| 8. Importing Carrier  1.309 | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| FLINTERMAR        FLKS | 10 | ES | 10/17/2013 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| FLKSMAR13101307 | ESFABYACALM | ES | 10/01/2013 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
|  |  |  | 47057 | 5204 |

| 21. Location of Goods / G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| M914 BIRDSALL INC | 45-253237500 | 45-253237500 |  |

26. Importer of Record Name and Address    FLAGSHIP
FLAGSHIP MARINE GROUP LLC
7920 SW 63RD TERRACE

25. Ultimate Consignee Name and Address

Dest: FL         City MIAMI        State FL     Zip 33143

| City | State | Zip | 32. | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|

| Line No. 27. | 29. A. HTSUS No. B. ADA/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Dollars | Cents |
|---|---|---|---|---|---|---|---|
|  | 28. Description of Merchandise |  |  | 1  BOAT |  |  |  |
|  | M/FLKSMAR13101307 M/V ES-TMSF3603C313 1  BOAT Invoice Number - 1 TMSF3603C313 MTRBT:NOT/INBRD/OUTDR;>8M, 8903.92.0065            6000 | 1 NO | NOT-RELATED 237672 C 5000 | 1.50% .3464% | 3565.08 823.30 |  |
| 001 |  |  |  |  |  |  |  |
|  | Merchandise Processing Fee |  |  |  |  |  |  |
|  | I.V.        175611.20   EUR @   1.353400 |  |  |  |  |  |  |
|  | USD        237672.20 |  |  |  |  |  |  |
|  | E.V.        237672.20   As    237672 |  |  | .125% |  | 297.09 |  |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | **CBP USE ONLY** | **TOTALS** | 37. Duty |
|---|---|---|---|---|---|
| Harbor Maintenance | | | | | |
| 501 Harbor | 297.09 | | A. LIQ CODE | B. Ascertained Duty | 3565.08 |
| 499 M.P.F. | 485.00 | $        237672 | | | |
| | | Total Other Fees | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $         782.09 | REASON CODE | | |
| | | | D. Ascertained Other | 39. Other | 782.09 |
| | | | E. Ascertained Total | 40. Total | 4347.17 |

**38. DECLARATION OF IMPORTER OF RECORD**
**(OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the [X]  Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR [ ]  owner or purchaser or agent thereof. I further declare that the merchandise [X]  was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR [ ]  was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| HOWARD S. REEDER, INC. | Attorney-In-Fact   Howard S. Reeder Inc | | 10/14/2013 |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| HOWARD S. REEDER, INC. 2200 S. DIXIE HWY SUITE #504 Miami FL 33133   305-371-8431 | 0001     496222     18 |

CBP Form 7501 (08/09)

** Last Page **

Produced by Kewill Inc.

# EXHIBIT

# "B-2"

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 108 |
| Invoice Date: | December 2, 2013 |

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
        Coconut Grove, Fl 33133
Phone:
E-mail:
Fax:

Featon 36'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| November 2013--- Two visits per week | | $ | 250.00 |
| Four boat washes | | | |
| Four cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 250.00 |
| | PAID | |
| TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 116 |
| Invoice Date: | January 6, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
Coconut Grove, Fl 33133
Phone:
E-mail:
Fax:

Featom 36'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| December 2013--- Two visits per week | | $ | 250.00 |
| Four boat washes | | | |
| Four cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 250.00 |
| | | PAID |
| TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

| Invoice No. | 119 |
|---|---|
| Invoice Date: | February 4, 2014 |

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
Coconut Grove, Fl 33133

Phone:
E-mail:
Fax:

Featom 36'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| December 2013 --- Two visits per week | | $ | 250.00 |
| JAN 14  Four boat washes | | | |
| Four cleaning the metals | | | |
| Four check all the systems and strainers | | | |
| Four checks engines, fluids and start | | | |
| Bottom cleaning | | | |
| | Invoice Subtotal | $ | 250.00 |
| | | PAID | |
| | TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

|  |  |
|---|---|
| | Invoice No.       132 |
| | Invoice Date:     March 4, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786---468---0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
               Coconut Grove, Fl 33133

Phone:
E---mail:
Fax:

Faeton 36'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| February 2014--- Two visits per week | | $ | 250.00 |
|     Four boat washes | | | |
|     Four Cleaning the metals | | | |
|     Four check all the systems and strainers | | | |
|     Four checks engines, fluids and start | | | |
|     Bottom cleaning | | | |
| | | Invoice Subtotal $ | 250.00 |
| | | TOTAL $ | 250.00 |

Make all checks payable to **Blue Coast Marine Services, Corp.**

**Thank you for your business!**

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| 17331 SW 150TH CT<br>Miami, Fl 33187 | Invoice No.        141<br>Invoice Date:    April 7, 2014 |
| | Bill To: Flagship Marine Group |
| 786-468-0703 | Address: 2550 South Bayshore Dr<br>Coconut Grove, Fl 33133 |
| bluecoastmarineservices@yahoo.com | Phone:<br>E-mail:<br>Fax: |

Featon 36'

| Description | | Column1 | Cost Per Unit | Amount |
|---|---|---|---|---|
| March 2014   --- | Two visits per week | | $ | 250.00 |
| | Four boat washes | | | |
| | Four cleaning the metals | | | |
| | Four check all the systems and strainers | | | |
| | Four checks engines, fluids and start | | | |
| | Bottom cleaning | | | |
| | | | | |
| | | | Invoice Subtotal | $          250.00 |
| | | | TOTAL | $          250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 148 |
| Invoice Date: | May 1, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786-468-0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
         Coconut Grove, Fl 33133
Phone:
E-mail:
Fax:

Featon 36'

| Description | | Column1 | Cost Per Unit | Amount |
|---|---|---|---|---|
| April 2014 | --- Two visits per week | | $ | 250.00 |
| | Four boat washes | | | |
| | Four cleaning the metals | | | |
| | Four check all the systems and strainers | | | |
| | Four checks engines, fluids and start | | | |
| | Bottom cleaning | | | |
| | | | Invoice Subtotal | $ | 250.00 |
| | | | TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# BLUE COAST MARINE SERVICES, CORP.

|  |  |
|---|---|
| Invoice No. | 153 |
| Invoice Date: | June 4, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786···468···0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
                 Coconut Grove, Fl 33133

Phone:
E···mail:
Fax:

Faeton 36'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| May 2014 -------- Two visits per week |  | $ | 250.00 |
| Four boat washes |  |  |  |
| Four Cleaning the metals |  |  |  |
| Four check all the systems and strainers |  |  |  |
| Four checks engines, fluids and start |  |  |  |
| Bottom cleaning |  |  |  |

|  |  |  |
|---|---|---|
| Invoice Subtotal | $ | 250.00 |
| TOTAL | $ | 250.00 |

Make all checks payable to Blue Coast Marine Services, Corp.

Thank you for your business!

# EXHIBIT

# "B-3"

*For Service Supreme Call Lewis Marine*

STORE# 1



LEWIS Marine Supply, INC.

P.O. BOX 23102
FT. LAUDERDALE, FL 33335
305 424 9069

**WHOLESALE ONLY**

| | |
|---|---|
| FORT LAUDERDALE | (954) 523-4371 |
| TOLL FREE | (800) 327-3792 |
| DOMESTIC FAX | (954) 463-7716 |
| EXPORT FAX | (954) 523-1934 |
| ACCOUNTING FAX | (954) 523-7739 |

INVOICE NUMBER: 04684049
INVOICE DATE: 1/31/14
ORDER DATE: 1/31/14
SALESMAN: 35
ROLODEX   JCR
PAGE: 001 OF 001

| SOLD TO: | FLAGSHIP MARINE GROUP<br>2550 S BAYSHORE DRIVE<br>SUITE 104<br>COCONUT GROVE FL 33133 | SHIP TO: | FLAGSHIP MARINE GROUP<br>2550 S BAYSHORE DRIVE<br>SUITE 104<br>COCONUT GROVE FL 33133 |
|---|---|---|---|

## CUSTOMER INVOICE

| CUSTOMER NUMBER | CUSTOMER PURCHASE ORDER# | SALESMAN NAME | TERMS | SHIP VIA | REFERENCE NUMBER | | | |
|---|---|---|---|---|---|---|---|---|
| F1090112 | | BRENDAN ONEILL | C.O.D | DS/RPM | 06394641 | 65 | 45 | 1 |

| SEQ | ORDER QUANTITY | SHIPPED QUANTITY | UNIT MEAS | FIGURE NUMBER | STOCK NUMBER / DESCRIPTION | LIST PRICE | DISCOUNT PRICE | NET PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1<br>15008-101 | 1 | EA | 5300 | 12X18        LEN<br>STD 12X18 TRIM TAB KI | 705.00 | 30.0 | 493.500 | 493.50 |
| 2 | 1<br>15070-001 | 1 | EA | 5300 | 15070        LEN<br>LED TACTILE TAB CONTR | 425.00 | 30.0 | 297.500 | 297.50 |
| 3 | | | | | 1.50 DELIVERY CHARGE | | | | 1.50 |

LOOKING FOR A BARGAIN? SEE www.lewismarine.com FOR DISCONTINUED MERCHANDISE.

| | |
|---|---|
| MERCHANDISE AMOUNT | 791.00 |
| TOT ITEMIZED CHGS | 1.50 |

RECEIVED: _____ NUMBER OF PKGS. _____
SIGNATURE: _____
PRINTED NAME: _____

UNLESS OTHERWISE SPECIFIED ALL ITEMS NOT SHIPPED ARE CONSIDERED CANCELLED. GOODS SHIPPED AS ORDERED WILL INCUR HANDLING CHARGE IF RETURNED. ALL RETURNED GOODS MUST BE AUTHORIZED IN ADVANCE AND ACCOMPANIED BY INVOICE NUMBER AND DATE. GOODS RETURNED AFTER 10 DAYS INCUR 20% HANDLING CHARGE. NO GOODS ACCEPTED FOR RETURN AFTER 60 DAYS. ANY ERRORS IN SHIPMENT MUST BE REPORTED WITHIN 6 DAYS OF RECEIPT OF GOODS. ALL INVOICES SUBJECT TO AUDIT.

NO CASH REFUNDS
PAYABLE IN U.S. FUNDS ON A U.S. BANK

| | |
|---|---|
| TOTAL INVOICE AMOUNT | 792.50 |

# EXHIBIT

# "B-4"

FACTON

# Hurricane Cove

### MARINA & BOATYARD
1884 NW North River Dr.
Miami, Fl 33125
Office: 305-XXX-0004

**PAID**
02/21/2014

## Invoice

| Date | Invoice # |
|------|-----------|
| 2/20/2014 | 5121 |
| Terms | Due Date |
| Due on receipt | 2/20/2014 |

**Bill To**

Barca, Rafael
2550 South BayShore Dr
Coconut Grove
FL-33133

| | Size Type/Haul | Boat Name | Dock / Splash |
|---|---|---|---|
| | 36' Faeton | | 02/20/2014 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 36' Vessel Haul - In/Out | 1 | 401.00 | 401.00T |
| Pressure Cleaning of 36' Vessel | 1 | 77.00 | 77.00T |
| Environmental Fee | 1 | 55.00 | 55.00T |
| Layday: First 7 Days (1 -7) for 36' Vessel 02/20/14 - 02/24/14 | 5 | 46.00 | 230.00T |

| | |
|---|---|
| Subtotal | $763.00 |
| Sales Tax (7.0%) | $53.41 |
| Total | $816.41 |
| Payments/Credits | -$816.41 |
| Balance Due | $0.00 |

# EXHIBIT

# "B-5"

# Invoice

Page: 1

## WARD'S
### MARINE ELECTRIC

617 S.W. 3rd AVENUE • FT. LAUDERDALE, FL 33315-1005
PHONE: (954) 523-2815 • TOLL FREE: 800-545-9273
BUSINESS FAX: (954) 523-1967 • ORDERS FAX: 800-297-8240
www.wardsmarine.com

INVOICE NO:       0423653-IN

INVOICE DATE:     10/21/2013

SALES ORDER No:   0241069

CUSTOMER NO:      0020321

SALESPERSON:      ES    es

**Sold To:**
FLAGSHIP
2550 SOUTH BAYSHORE DRIVE
SUITE 104
COCONUT GROVE, FL  33133

**Ship To:**
FLAGSHIP
2550 SOUTH BAYSHORE DRIVE
SUITE 104
COCONUT GROVE, FL  33133

Phone: 305-424-9069                    Fax: CELL 786-269-5746

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| phyton 36 | MITCH | | NET 10 DAYS |

| ITEM NO. | UNIT | ORDERED | SHIPPED | RETAIL | NET COST | TOTAL |
|---|---|---|---|---|---|---|
| HBL63CM64 | EACH | 1.00 | 1.00 | 146.60 | 80.630 | 80.63 |
| 50A 125/250V T/L CONNECTOR | | | | | | |
| HBL77CM15 | EACH | 1.00 | 1.00 | 48.00 | 26.400 | 26.40 |
| 50A BOOT W/RING | | | | | | |
| HBL77CM16 | EACH | 1.00 | 1.00 | 30.08 | 16.541 | 16.54 |
| PLUG COVER FOR 63CM65 OR 63CM6 | | | | | | |
| 10-3STOW | EACH | 50.00 | 50.00 | 2.98 | 1.639 | 81.95 |
| 10 AWG 3 COND PORTABLE CABLE | | | | | | |
| HBL504NM | EACH | 1.00 | 1.00 | 153.33 | 84.329 | 84.33 |
| 50a 125/250v NON-METALLIC HULL | | | | | | |

0.00

| | |
|---|---|
| Net Invoice: | 289.85 |
| Freight: | 0.00 |
| Sales Tax: | 20.29 |
| Invoice Total: | 310.14 |

Authorized Signature: _____

TERMS AND CONDITIONS OF SALE ON REVERSE SIDE

Printed: 3:53:32PM

CUSTOMER COPY

# EXHIBIT

# "B-6"



732 NW 135 ST
N Miami, FL 33168
305 866 6636
Info@miamimarinesolution.com
www.miamimarinesolution.com

*There's nothing on your boat we can't fix!*

# INVOICE

| Date: | 10/22/13 |
|---|---|

| For |
|---|
| Astondoa |
| 2550 South Bayshore Drive |
| Coconut Grove          FL |
| 786 269 5746                    33133 |
| rafael@flagshipmarinegroup.com |

| Customer # | 9 |
|---|---|
| **Account Sumary** | |
| *Previous Balance:* | $            -- |
| *Adjustments:* | |
| *Total Due:* | $         360.00 |

| Invoice # | Rate |
|---|---|
| 95 | 80 |

| Services | Hours | Cost |
|---|---|---|
| Installation of 50 amp shore power cable and receptacles Faeton 36' | 4.5 | $         360.00 |
| | | $ |

| Parts & Materials | Cost |
|---|---|
| | |

| | |
|---|---|
| Services: | |
| Parts: | |
| Subtotal: | |
| Tax: | |
| Other: | |
| Total: | |

| Warranty |
|---|
| No |

*Make all checks payable to Miami Marine Solution. This Invoice is due within 10 days from the Issued date*



732 NW 135 ST
N Miami, FL 33168
305 866 6636
info@miamimarinesolution.com
www.miamimarinesolution.com

**INVOICE**

There's nothing on your boat we can't fix!

| Date: | 1/16/14 |
|---|---|
| **For** | |

Flagship Marine Group
Faeton 36' Formentera
2550 South Bayshore Drive
Coconut Grove        FL        33133
786 269 5746
rafael@flagshipmarinegroup.com

| Customer # | 9 |
|---|---|
| **Account Summary** | |
| Previous Balance: | $ -- |
| Adjustments: | |
| Total Due: | $ 240.00 |

| Invoice # | Rate |
|---|---|
| 117 | 80 |

| Services | Hours | Cost | |
|---|---|---|---|
| Work done to FAETON | | $ | -- |
| Service call | 1.5 | $ | 120.00 |
| *Found A/C electrical problem. Cleaned all A/C* | | $ | -- |
| *connections and system worked properly* | | $ | -- |
| Service Call 2 | 1.5 | $ | 120.00 |
| *Checked electrical system. Found everything* | | $ | -- |
| *working properly except shore cord coming into* | | $ | -- |
| *boat. Terminal end was not properly assemble and* | | $ | -- |
| *was creating false contact.* | | $ | -- |
| | | $ | -- |

| Parts & Materials | Cost |
|---|---|
| | |

| | | |
|---|---|---|
| Services: | $ | 240.00 |
| Parts: | $ | -- |
| Subtotal: | $ | 240.00 |
| Tax: | | -- |
| Other: | | |
| Total: | $ | 240.00 |

| Warranty |
|---|
| No |

Make all checks payable to Miami Marine Solution. This invoice is due within 10 days from the issued date

# EXHIBIT
# "B-7"

# BLUE COAST MARINE SERVICES, CORP.

Invoice No.           129
Invoice Date:         March 4, 2014

17331 SW 150TH CT
Miami, Fl 33187

Bill To: Flagship Marine Group

786---468---0703

Address: 2550 South Bayshore Dr
              Coconut Grove, Fl 33133

Phone:

bluecoastmarineservices@yahoo.com

E---mail:
Fax:

**Faeton 36'**

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| Feb 20th Faeton 36' Delivery from Monty's to Miami River | | $ | 250.00 |
| Feb 24th ⋯ Featon 36' Delivery from Miami River to Monty's | | $ | 250.00 |
| Put Gas in the River | | | |
| Put Gas in Monty's | | | |
| Sea Trial | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 500.00 |
| **TOTAL** | $ | **500.00** |

Make all checks payable to **Blue Coast Marine Services, Corp.**

# BLUE COAST MARINE SERVICES, CORP.

| | |
|---|---|
| Invoice No. | 130 |
| Invoice Date: | March 4, 2014 |

17331 SW 150TH CT
Miami, Fl 33187

786---468---0703

bluecoastmarineservices@yahoo.com

Bill To: Flagship Marine Group

Address: 2550 South Bayshore Dr
Coconut Grove, Fl 33133

Phone:
E---mail:
Fax:

Faeton 36'

| Description | Column1 | Cost Per Unit | Amount |
|---|---|---|---|
| Repair delamination on bottom – Faeton 36' | | $ | 470,.00 |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 470.00 |
| **TOTAL** | $ | **470.00** |

Make all checks payable to **Blue Coast Marine Services, Corp.**

# EXHIBIT

# "B-8"

MERCHANT COPY

GROVE HARBOUR MARINE
2640 S BAYSHORE DR #305
COCONUT GROVE, FL 33133

05-06-2014                    16:25:19
MID: 000000003584918    TID: 05505

022200652885

CREDIT CARD

VISA SALE

| | |
|---|---|
| CARD #: | XXXXXXXXXXXX1799 |
| INVOICE | 0009 |
| Batch #: | 000088 |
| Approval Code: | 102433 |
| Entry Method: | Swiped |
| Mode: | Online |

SALE AMOUNT          $300.57

CUSTOMER COPY

# EXHIBIT

# "B-9"

# INVOICE



2550 South Bayshore Drive, Suite 104
Cocunut Grove, Florida 33133          305.424.9069

**INVOICE NUMBER** | 236
**INVOICE DATE** | April 30,2014

**SOLD TO:**
Astilleros Astondoa
CIF: A-03133659
Muelle de Poniente s/n
03130 Santa Pola (Alicante) Sapin
Telefono: +34 96 541 37 02 Fax: +34 96 541 52 63
astondoa@astondoa.es

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| | | 100% |
| Faeton 36' dockage - October 2013 - April 2014 | $7,995.79 | $7,995.79 |
| Faeton 38' dockage - October 2013 - April 2014 | $8,820.02 | $8,820.02 |
| | | 50% |
| Astondoa 52 Fly - October 2013 - April 2014 | $12,763.03 | $6,381.52 |
| Astondoa 72' GLX - October - April 2014 | $14,531.96 | $7,265.98 |
| Total | | $30,463.81 |
| Balance | | $30,463.81 |

**DIRECT ALL INQUIRIES TO:**
Dailin Barca
305.424.9069
e-mail: dailin@flagshipmarinegroup.com

*THANK YOU FOR YOUR BUSINESS!*