# EXHIBIT

# "C"



# YACHT PURCHASE AGREEMENT

THIS AGREEMENT is made this 15th day of February, 2014 by and between FLAGSHIP MARINE GROUP, LLC, ("Seller" or "Flagship") and:

| Buyers Name: | ~~LOUEKO OSWAL~~ | Phone | +225 05 05 2422 |
|---|---|---|---|
| Address: | | Fax | |
| | IVORY COAST | Mobile | |
| City State Zip: | AFRICA | E-mail | ~~OGL~~ @ ~~____~~ .NET |

Flagship desires to sell to Buyer, and Buyer desires to purchase from Flagship, the following vessel (the "Vessel") in accordance with the terms set forth herein below:

FAETON

| Model: | 300 HT | Model Year: | 2014 | Delivery Point: | |
|---|---|---|---|---|---|
| Serial No. | SES-TME | | | IVORY COAST AFRICA | |
| Engines: | 2 YAMAHA 250 HP | Type: | | | |
| Serial # Port | F-200 FETX-FET200 | Serial Starb. # | F-200 FETX-FET200 | | |

Vessel includes all standard equipment and optional equipment specified in the Astondoa Marine technical specifications attached as part of this agreement and marked **Exhibit A**. And an ALUMINUM TRAILER

BUYER MAY ASSIGN THIS AGREEMENT AT ANY TIME PRIOR TO CLOSING. IF BUYER ASSIGNS THIS AGREEMENT, BUYER'S OBLIGATIONS HEREUNDER SHALL BE RELEASED AT THE COMPLETION OF THE CLOSING, BUT NOT PRIOR THERETO

Initial Buyer         Initial Seller

In consideration of the mutual promises contained below, the parties, intending to be legally bound, agree as follows:

1. **Purchase Price.** The purchase price for the Vessel shall be the total of $ _190,000_ (USD) and/or € _NONE_ (Euros), FOB Flagship docks located at _SANTA POLA, SPAIN_ ~~Miami, Florida~~. _ASTONDEA_

   N/A a. ~~Florida Sales Tax IS NOT included in purchase price.~~

   b. Vessel registration and/or documentation charges are **NOT** included in purchase price.

   N/A c. ~~U.S. shipping charges and duties ARE included in the purchase price.~~

2. **Terms of Payments:**

   a. Deposit: $ _50,000.00_ (USD) and/or _CASH, RECEIPT of which is ACKNOWLEDGED by Seller_ € ~~140,000~~ _NONE_ ~~to be sent by wire transfer to Seller within two days of the date of this Agreement (wire transfer instructions below).~~

   b. Balance payable at closing: $ _140,000_ (USD) and/or € _NONE_ (Euros), by wire transfer to Seller.

   c. The apportionment of the purchase price by currency, as described above, may be changed only by written agreement of the parties.

   d. Florida sales tax and documentation charges, if applicable, payable at closing.

3. **Closing:** Closing shall take place on or before _APRIL 30, 2014_. The closing of the sale shall be deemed completed when:

   a) All documents necessary to transfer good and absolute title to the vessel have been received by the Buyer; and

   b) The balance of the purchase price (the Final Payment) is received by Seller in readily available funds.

   Seller Wire Transfer Instructions:

   _TO be provided By ASTONDOA S.A._

Initial Buyer

Initial Seller

Page 2 of 4

4. **Delivery of Vessel:** Shall be upon completion of the Closing, as described in section 3 above. Unless otherwise provided, delivery of the Vessel shall be made at Flagship's docks, as described above.

5. **Transfer of Title:** Transfer of title will take place immediately upon acceptance of vessel and receipt of final payment by Seller.

6. **Additional Equipment:** Any accessories, equipments, changes, or services ordered by Buyer after the date of execution of this Agreement will be invoiced to Buyer, with 50% of such of invoice amount due and payable at time of order, and the remaining balance payable upon completion or installation.

   The following items, not currently on the Vessel, shall be provided by Flagship at no charge to Buyer: _ALUMINUM TRAILER_

7. **Advertised Vessel Speeds:** Advertised potential speeds of the Vessel are estimated, but are not guaranteed by Seller.

8. **Failure of Buyer to Perform:** In the event that Buyer fails to perform any of its obligations under this Agreement, or fails in credit qualification, if applicable, the deposit paid upon signing this Agreement shall be forfeited to Seller as liquidated damages.

9. **Prior Agreements; Modifications:** This Agreement shall supersede all prior agreements, documents or other instruments with respect to all matters. There are no further agreements or oral understanding regarding this Agreement. This Agreement may be amended only by an instrument in writing, duly signed by both parties.

10. **Legal Proceedings:** In the event of any legal proceedings arising out of this Agreement, the predominantly prevailing party shall be entitled to reimbursement of its legal fees and costs.

_____  
Initial Buyer

_____  
Initial Seller

11. **Governing Law, Jurisdiction and Venue:** This Agreement shall be governed by, construed, and adjudicated in, and according to, the laws of the State of Florida. The venue for any litigation related to this Agreement shall be in Miami-Dade County, Florida.

12. **Captions:** The captions of this Agreement are for convenience only and shall not be considered a part or affect the construction or interpretation of any provision hereof.

13. **Warranty:** General Warranty Condition Agreement is attached to this agreement and marked **Exhibit B**.

14. **SPECIAL CONDITIONS:**

Astondoa will train buyer in the operation of the vessel in Santa Pola, Spain, immediately upon closing.

Astondoa will assist in arranging shipment of the boat to the Ivory Coast, at buyer's sole cost and expense.

FLAGSHIP MARINE GROUP, LLC          BUYER

By: Rafael Barca
Title: CEO, Manager

Page 4 of 4

Exhibit A

Optional equipament:

Faeton 300 HT Yamaha F200FETX/FL200FETX / Gasoline

"VIP" equipment level includes:

Electric winch

Anchoring kit with anchor and chain

12V refrigerator in kitchen

Cockpit shower

Electric flaps

Bow thruster

Battery charger

Water Heater

Seat with table and cushions convertible int Sunbathing area

Colored hull (blue)

Bow sundeck cushion

Roll up blinds on cabin hatch & mosquito net

Windows blinds (vertical)

Microwave

Mooring kit with 4 ropes x 15m and 6 fenders

Light in cockpit

Ceramic hob

Plastic film protection for transport

Electric WC

Navigation electronic equipment:

GPS Plotter touch, VHF,

Iphone/Ipad charger, depth finder, chart

Generator 3KWA, A/C 9000 BTU

Search light



Exhibit B:

## CONDITIONS OF WARRANTY

FAETON guarantees good operation of the craft sold.

The warranty does not include accessories and components installed by the shipyard and which are covered by direct warranties of their own. Such warranties shall not however be valid for less than 12 months and shall cover such part as: engines, generator, batteries, and electronic instruments.

The buyer declares his acceptance of the warranty conditions of said manufacturers, to whom he undertakes to turn directly in case of faults. FAETON shall do all possible to help the customer to ensure the manufacturers respect the conditions of their warranties.

FAETON guarantees for a period of 24 months all materials manufactured directly in its factory or caused by touch-ups during manufacture or faulty application of gel coat. If necessary, shall carry out all repairs in the areas involved in order to make gel coat color uniform once again. A slight change uniform color caused by inevitable process of exposure to UV rays is not covered by warranty.

FAETON guarantees for period of 60 months any structural breakages on the craft such as breakages of reinforcement structures or bulkheads. If necessary, shall make repairs or replace structures or components, reinforcing the areas involved to recreate required solidity.

FAETON guarantees the gel coat surface for 60 month in case of osmosis fault. If necessary the gel coat shall carry out in the fault area to re-establish the conditions the defective parts.

The warranty does not cover anti-fouling coating excepting macroscopic faults occurring during the first 120 days from date of delivery.

The warranty does not included faults caused by incorrect maintenance, particular climatic and/or atmospheric conditions, and deterioration of paintwork and/or coatings of furnishings or metal surfaces due to climatic factors or related to improper use.

The warranty shall not cover damages caused by competitive use or following.

This warranty shall only cover the repair and replacement of parts considered faulty by the after sales services of FAETON, excluding the payment of any other damage/indemnity. FAETON shall bear labor costs for replacing/repairing faulty materials, while the buyer shall bear costs of the travelling hours and expenses of technicians and transport cost of materials. Should it be necessary to move the boat to an equipped shipyard, all transport costs shall be borne by the buyer.

In the event of buyer making use of this warranty, this shall not result in any extension of the term of warranty itself.

The buyer shall be entitled to avail himself of this warranty only at the following conditions:

The boat shall not have been modified, used in an improper manner or carelessly, used to tow other vessel, used in competitions, or chartered.

The boat shall have been correctly serviced and used in accordance with the instruction of the technical manual.

Boat surfaces shall have not been cleaned with products, which are capable of deteriorating or altering the gel coat and paints.

The surface of boat shall not have been cleaned using steam or hot water home appliances or similar equipment, the use of which is strictly forbidden, especially for teak-wood surfaces.

Faults and defect shall not be the result of accidents or phenomena like: meteorological events (ice/heat), explosions, fire, storms (average wind equivalent or more than 100 KM/h, earthquakes, blows, transport, insects, parasites of all types, direct or indirect effects of explosions, heat, radiation, etc.

The buyer shall have scrupulously observed --Payment conditions.

The buyer in writing within 10 days shall have reported -- Faults and defect from their discovery.

Materials and equipment, excepting accessories and components indicated at para.2,

Which within the term of warranty show faults shall be returned the shipyard, and if these are acknowledged to be faulty, they will replace or credited to buyer.

The warranty granted to the original buyer shall be extended to successive buyers for the remaining terms of warranty only if is sold through an official FAETON dealer.

Pieces/parts repaired or replaced during the term of validity of this warranty shall continue to be covered by warranty only up to the expiry of the original warranty covering the boat.

**FAETON**

Ctra. Paulenca ALP-111, KM 1,4

04560 Gador (Almeria) Espana