# EXHIBIT

# "D"



# INVOICE



**FLAGSHIP**
MARINE GROUP
2550 South Bayshore Drive, Suite 104
Coconut Grove, Florida 33133

305.424.9069

INVOICE NUMBER | 060914- 272
INVOICE DATE | June 6,2014

**TO: Faeton Yachts**
Attn: Director General, Juan Miguel Gjñga
Ctra. Paulerca ALP-111, km1,4
04560 GADOR (ALMERIA) Espana

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| Commission due from▓▓▓▓▓▓▓ Faeton 2014 30HT<br>Serial # TMS30006G414 | $19,000.00 | $19,000.00 |
| | | |
| | TOTAL | $19,000.00 |

DIRECT ALL INQUIRIES TO:
Dallin Berca
305.424.9069
   e-mail: dallin@flagshipmarinegroup.com

*THANK YOU FOR YOUR BUSINESS!*